IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHRISTIN POWERS,**

    **Plaintiff,**

v.                                                      Case No. 5:24-cv-165-AW-MJF

**DISNEY,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with court orders, and she has not objected to the magistrate judge's report and recommendation (ECF No. 12), which recommends dismissal on that basis. It appears Plaintiff has abandoned her case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

The motion for leave to appeal in forma pauperis (ECF No. 11) is DENIED. I certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be in good faith.

SO ORDERED on February 3, 2025.

                                                s/ *Allen Winsor*
                                                United States District Judge